# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 18, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149458

IN THE MATTER OF

HONORABLE DENNIS N. POWERS        SC: 149458
52-1 DISTRICT COURT        JTC Formal Complaint 94

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

       On order of the Court, the June 16, 2014 order of this Court appointing Honorable Jeanne Stempien to serve as Master to hear Judicial Tenure Commission Formal Complaint No. 94 is hereby RESCINDED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2014



Clerk